**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN BOHR, Individually and for others similarly situated,

Plaintiff,

v.

WEST SHORE ADVANCED LIFE SUPPORT SERVICES, INC., d/b/a GEISINGER EMERGENCY MEDICAL SERVICES,

Defendant.

No. 4:25-CV-01103

(Chief Judge Brann)

**ORDER**

**JULY 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Stephen Bohr's Motion for Conditional Certification and Court-Authorized Notice (Doc. 25) is **GRANTED IN PART** and **DENIED IN PART**.

   a. The following collective is **CONDITIONALLY CERTIFIED** pursuant to 29 U.S.C. § 216(b):

      i. All hourly Geisinger employees who worked in Pennsylvania for more than forty hours in any workweek

while employed there and were paid a bonus and/or shift differential from June 18, 2022, through the present.

b. The motion is **DENIED WITHOUT PREJUDICE** as it pertains to Plaintiff's notice and dissemination plan.

2. The parties will meet and confer to discuss a joint proposed notice by **August 21, 2026**.

3. By the same date, **August 21, 2026**, the parties must file a Joint Motion for Approval of Court Notice, with an agreed-upon form of notice attached to the motion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge